No. 11–8467.  STOREY *v.* VASBINDER, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 11–8485.  PANDEY *v.* RUSSELL ET AL.  C. A. 10th Cir. Certiorari denied.

No. 11–8496.  FORD *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 11–8499.  ISAAC *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 11–8500.  GALLEGOS *v.* BRAVO, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–8502.  HANES *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–8506.  HATFIELD *v.* JEFFREYS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 11–8518.  REESE *v.* KELLY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–8532.  CARTER *v.* YATES, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 11–8533.  CARON *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 11–8542.  PONTON *v.* VERICREST FINANCIAL, INC., ET AL. C. A. 3d Cir.  Certiorari denied.

No. 11–8544.  VAVAL *v.* HOLDER, ATTORNEY GENERAL.  C. A. 2d Cir.  Certiorari denied.

No. 11–8566.  SEDILLO *v.* HATCH, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 11–8576.  MOORE *v.* STEVENSON, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 11–8577.  NNAJI *v.* UNITED STATES; and

No. 11–8764.   NNAJI *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 447 Fed. Appx. 558.

No. 11–8591.   McPHERSON *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 11–8593.   BUBRICK *v.* JOHNSON, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 11–8594.   EVANS *v.* COLLINS, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 11–8607.   EDWARDS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   Sup. Ct. Ark.   Certiorari denied.

No. 11–8638.   SMITH *v.* MURPHY, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 11–8640.   BISSETT *v.* BEAU RIVAGE RESORTS, INC.   C. A. 5th Cir.   Certiorari denied.

No. 11–8654.   HOXTER *v.* PENNSYLVANIA.   Super. Ct. Pa.   Certiorari denied.

No. 11–8661.   BUCHANAN *v.* SOUTH CAROLINA.   Sup. Ct. S. C.   Certiorari denied.

No. 11–8676.   CARTER *v.* LAPPIN, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 11–8680.   WATSON *v.* LEWIS ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 11–8687.   TENINTY *v.* McHUGH, SECRETARY OF THE ARMY.   C. A. 7th Cir.   Certiorari denied.

No. 11–8696.   TIERNEY *v.* ESPINADA, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 11–8704.   NORWOOD *v.* McGOWAN.   C. A. 8th Cir.   Certiorari denied.

No. 11–8709.   LEWIS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.